FORM 26. Docketing Statement                                  Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-2040

**Short Case Caption:** Sonos, Inc. v. Google LLC

**Filing Party/Entity:** Sonos, Inc.

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO, PTAB | IPR2021-01563 | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the Board's determination that claims 1, 2, 6-14, 18-25, and 27-29 of U.S. Patent No. 9,967,615 were shown to be unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Final written decision holding that claims 1, 2, 6-14, 18-25, and 27-29 of U.S. Patent No. 9,967,615 were shown to be unpatentable.

**Briefly describe the judgment/order appealed from:**

In its final written decision, the Board held that claims 1, 2, 6-14, 18-25, and 27-29 of U.S. Patent No. 9,967,615 were shown to be unpatentable.

**Nature of judgment (select one):**          **Date of judgment:** 4/10/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                      _____

FORM 26. Docketing Statement                                Form 26 (p. 2)
                                                            July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

Issues to be raised on appeal:  ☐ None/Not Applicable

Whether the Board erred in its determination that claims 1, 2, 6-14, 18-25, and 27-29 of U.S. Patent No. 9,967,615 were shown to be unpatentable.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☐ During the pendency of the case below
☑ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☑ Yes   ☐ No

If they were mediated, by whom?

Hon. Magistrate Judge Thomas S. Hixson

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

Mediation is unlikely to result in relief from the appealable issues.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Date: 7/3/23            Signature:  /s/ Cole B. Richter
                        Name:       Cole B. Richter

Save for Filing